LEON FORNEL, *Plaintiff in Error*, v. FLORIDA EAST COAST RAILWAY COMPANY, A CORPORATION, *Defendant in Error*.

Opinion Filed Feb. 4, 1913.

PER CURIAM.—Upon the authority of the opinion this day filed in the case between the same parties the judgment herein is reversed.

Writ of error to the Circuit Court of Dade County.